IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| VS. | NO. 3: 06-CR-41 (CAR) |
| SHELTON FAVORS, | **VIOLATION(S): DRUG RELATED** |
| Defendant | |

# ORDER ON MOTION OF CHARLES E. COX. JR. TO WITHDRAW AS COUNSEL FOR DEFENDANT SHELTON FAVORS

CHARLES E. COX. JR., attorney of record for defendant **SHELTON FAVORS** by appointment of the court, has requested that the court permit him to withdraw as counsel for said defendant, showing that he has recently learned of a conflict of interest which precludes his representing Mr. Favors.

Accordingly, upon consideration of his request to withdraw and for good cause shown, the same is **GRANTED**. CHARLES E. COX. JR. is hereby relieved of any further responsibility in the representation of defendant SHELTON FAVORS. Replacement counsel will be provided to defendant Favors.

SO ORDERED, this 14th day of FEBRUARY, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE