IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| VS. | NO. 3: 06-CR-41 (CAR) |
| SHELTON FAVORS, | **VIOLATION(S):** Drug Related |
| Defendant | |

# O R D E R

Defendant SHELTON FAVORS, by and through his attorney of record, has filed herein a **MOTION FOR BOND**. Tab #320. The undersigned on November 14, 2006, entered an ORDER OF DETENTION PENDING TRIAL following a detention hearing at which the defendant was represented by counsel. Tab #120. Attached to defendant FAVORS' motion are affidavits supporting his request for release on bond. The undersigned has carefully reviewed defendant's motion and the affidavits attached thereto as well as the ORDER OF DETENTION PENDING TRIAL.

The Bail Reform Act addresses reopening consideration of the issue of pretrial detention in 18 U.S.C. §3142(f) wherein it provides:

> *The hearing may be reopened, before or after a determination by the judicial officer, at any time before trial if the judicial officer finds that information exists **that was not known to the movant at the time of the hearing** and that has a material bearing on the issue whether there are conditions of release that will reasonably assure the appearance of such person as required and the safety of any other person and the community.* (Emphasis added).

In the view of the undersigned, defendant FAVORS fails to satisfy the requirements hereinabove quoted, to-wit: the "new" information presented was known to him at the time of the detention hearing. In addition, the findings made in the ORDER OF DETENTION PENDING TRIAL fully support pretrial detention. As noted therein, defendant FAVORS has an extensive arrest and conviction record and, significantly, he "has had some five revocations of probation/parole since 1981, indicating an inability to comply with rules of supervision."

For the foregoing reasons, defendant's **MOTION FOR BOND** (Tab #320) is DENIED.

SO ORDERED AND DIRECTED, this 28th day of FEBRUARY, 2007.



                                              CLAUDE W. HICKS, JR.
                                              UNITED STATES MAGISTRATE JUDGE